UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES KEVIN MACK, SR., <br><br> Plaintiff <br><br> v. <br><br> JEREMY BEAN, et al., <br><br> Defendants | Case No. 2:24-cv-01549-CDS-BNW <br><br> ORDER |

**I.  DISCUSSION**

On August 11, 2025, the Court screened Plaintiff's second amended complaint and allowed two claims to proceed to mediation. (ECF No. 13.) Plaintiff, however, filed a notice of appeal. (ECF No. 14.) After filing the notice of appeal, Plaintiff filed a notice with the Court stating that he intended to file a notice of appeal for one of his state court cases, not this action. (ECF No. 18.)

Despite stating that he did not intend to file a notice of appeal in this action, Plaintiff filed several motions directed to the Ninth Circuit. He filed a motion for enlargement of time to file a notice of appeal, a motion seeking permission to proceed *in forma pauperis* in the Ninth Circuit, a motion seeking the appointment of counsel in the Ninth Circuit, and another motion seeking an enlargement of time. (ECF Nos. 20–23.)

The Court denies these motions (ECF Nos. 20–23) without prejudice because they are directed to the Ninth Circuit, not this Court. If Plaintiff seeks to refile these motions, he must do so with the Ninth Circuit. *See generally* Fed. R. App. P. 4.

///
///
///
///
///
///

1

## II. CONCLUSION

**FOR THE FOREGOING REASONS, IT IS ORDERED** that the following motions are **DENIED** without prejudice: (1) motion for enlargement of time to file a notice of appeal (ECF No. 20), (2) motion seeking permission to proceed *in forma pauperis* in the Ninth Circuit (ECF No. 21), (3) motion seeking the appointment of counsel in the Ninth Circuit (ECF No. 22), and (4) motion seeking an enlargement of time (ECF No. 23).

DATED THIS 25th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2